DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AARON FULMORE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-343

[June 1, 2016]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 03-7010 CF10A.

Aaron D. Fulmore, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* Fla. R. Crim. P. 3.850(b) and *Sanders v. State*, 946 So. 2d 953 (Fla. 2006).

GROSS, DAMOORGIAN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***